THE STATE OF OHIO, APPELLEE, *v.* MEADOWS, APPELLANT.

[Cite as *State v. Meadows* (1992), 63 Ohio St.3d 135.]

(No. 91–1080—Submitted February 11, 1992—Decided March 4, 1992.)

*Arthur M. Ney, Jr.,* Prosecuting Attorney, and *Leonard Kirschner,* for appellee.

*Randall M. Dana,* Ohio Public Defender, and *Wendie A. Gerus,* for appellant.

The cause is affirmed on the authority of *State v. Murnahan* (1992), 63 Ohio St.3d 60, 584 N.E.2d 1204. However, defendant-appellant may file for delayed reconsideration of his ineffectiveness-of-counsel claim in the Hamilton County Court of Appeals.

MOYER, C.J., HOLMES, DOUGLAS and RESNICK, JJ., concur.

SWEENEY, J., dissents based on his dissent in *State v. Murnahan* (1992), 63 Ohio St.3d 60, 584 N.E.2d 1204.

WRIGHT and H. BROWN, JJ., dissent.